■ In the Matter of ALLIED CORPORATION, Respondent, v

TOWN OF CAMILLUS et al., Appellants. (Action No. 1.) In the Matter of ALLIED CORPORATION, Respondent-Appellant, v TOWN OF CAMILLUS et al., Appellants-Respondents. (Action No. 2.)—Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Lynch, J.H.O. (Appeals from Order and Judgment of Supreme Court, Onondaga County, Lynch, J.H.O.—Tax Certiorari.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.